[No. 56650-4-I.  Division One.  August 14, 2006.]

CAROL F. CORREN, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-01991-1, Ira Uhrig, J., entered July 26, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Dwyer, JJ.

[No. 56694-6-I.  Division One.  August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SIPHONE MANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-01411-0, Joan B. Allison, J. Pro Tem., entered July 18, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56852-3-I.  Division One.  August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB JUSTIN MCLEOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10238-5, Michael J. Trickey, J., entered July 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57414-1-I.  Division One.  August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE PULEAVA SAIAANA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-00410-6, Mary Yu, J., entered November 9, 2005. *Reversed* by unpublished per curiam opinion.